IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC 23-399 |
| | * | |
| MATTHEW MEADE MOLNAR, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The Government submits this supplemental memorandum in anticipation of the sentencing of the defendant, Matthew Meade Molnar (the "Defendant"). The Court has set sentencing for **Friday, July 26, 2024 at 2:30 p.m**. The Government previously filed a sentencing memorandum. *See* ECF No. 17. Since that filing, the Government has received victim impact statements and restitution requests for two additional victims – "Maria" and "Sloane." *See* Ex. A and Ex. B. The Government is now submitting this statements to the Court. These statements further favor ordering a long sentence in this case to address the nature and circumstances of the Defendant's conduct.

The Government also seeks to amend its prior restitution request. Specifically, the Government now respectfully requests that the Court order restitution in the amount of $15,000, which amounts to $3,000 per victim who has filed a restitution request.

The Government believes that $3,000 per victim for each victim is appropriate here, because the Defendant had a minimal individual role in "the broader causal process that produced the victim's losses." *Paroline v. United States*, 572 U.S. 434, 459 (2014). The Defendant did not "reproduce[] or distribut[] images" of these particular victims; the Defendant did not "ha[ve] any connection to the initial production of the images." *Id.* at 460. The Defendant possessed 2 files

1

depicting Ali (who was a victim of the ZooFamily series), 2 files depicting SparklingVelvet, 2 files depicting DJMW (who was a victim of the Mother Full 20121 series), 2 files depicting Sloane (who was a victim of the Tara series), and 3 files of Maria (who was a victim of the Best Necklace series).  Per the plea agreement, the Government respectfully requests that the Court order the restitution to be paid immediately.  The Government will provide a restitution worksheet to the Court at sentencing.

                Respectfully Submitted,

                Erek L. Barron
                United States Attorney

By:          /s/_____

                Christopher M. Sarma
                Assistant United States Attorney